Monte J. White and Associates
Monte J. White
American State Building
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: | § |
| Shelton Andrew Coleman | § Case No. 13-10134-RLJ-13 |
| | § |
| DEBTOR | § |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM
## AUTOMATIC STAY OF Michael and Jennifer Moore

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

    On August 23, 2013, Attorney for Michael and Jennifer Moore, Dick Harris, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

    1.    ADMIT

    2.    ADMIT

    3.    ADMIT

    4.    ADMIT

    5.    DENY

    6.    DENY

    7.    DENY

    8.    DENY

    9.    DENY

    10.   DENY

    WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on August 28, 2013, to the following as indicated:

<u>/s/Monte J. White</u>
Attorney for Debtor

Movant:                           Michael and Jennifer Moore
                                  3301 S. Willis St.
                                  Abilene, TX 7


Attorney for Movant:              Dick Harris
                                  Law Office of Dick Harris, PC
                                  P.O. Box 3835
                                  Abilene, TX 79604


Trustee:                          Chapter 13 Trustee
                                  Walter O'Cheskey
                                  6308 Iola Ave.
                                  Lubbock, TX  79424

                                  U.S. Trustee
                                  William T. Neary
                                  1100 Commerce Street, Room 9-C-60
                                  Dallas, TX 75242

Debtor:                           Shelton Andrew Coleman
                                  858 Plum St.
                                  Abilene, TX 79601